UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

       Plaintiff

v.                                          3:14-cr-00069/LAC

**JEREMY L. DENHAM**

       Defendant

_____/

## MOTION TO MODIFY CONDITIONS OF RELEASE

**DEFENDANT, JEREMY L. DENHAM**, moves the court to modify the Conditions of Release to travel for the Thanksgiving Holidays, and alleges:

1. Mr. Denham's case is scheduled for sentencing on January 27, 2015, at 10:30 a.m.

2. Mr. Denham has been on release in this case since August 29, 2014, on Conditions of Release set by the Northern District of California.

3. Mr. Denham has been on release since September 24, 2014, on Conditions of Release set by this Court.

4. Mr. Denham's Conditions of Release restrict his travel to the Northern District of California, and allows travel to the Northern District of Florida for his Court proceedings.

5. Mr. Denham is married to Jamie Rightnour, and they have two children.

6. Mr. Denham would like to travel with his family to Riverbank, California to visit his wife's parents for the Thanksgiving Holidays.

7. Mr. Denham and his family would like to travel from their home in Lake Port, California in the Northern District of California, and travel to River Bank, California, in the

Eastern District of California, on Wednesday, November 26, 2014, and return to their home on Saturday, November 29, 2014.

8. Ms. Rightnour's parents are Gary and Marie Rightnour. They live at 3930 Clydesdale Lane, River Bank, California 95367, located in the Eastern District of California. Mr. Denham would be sleeping at this residence if he is allowed to travel.

9. Counsel has spoken with Pre-trial Services Officer Kenneth Gibson in the Northern District of California. Mr. Gibson advised counsel he has no objection to Mr. Denham traveling as long as Mr. Gibson knows when he is leaving, when he is returning and where he will be staying.

10. Counsel has also spoken with Pre-trial Service Officer Karen Cook in the Northern District of Florida who has advised counsel she has no objection to this motion being granted.

11. Counsel has also spoken with Assistant United States Attorney David Goldberg who has advised counsel he has no objection to this motion being granted.

**WHEREFORE, DEFENDANT, JEREMY L. DENHAM**, respectfully requests the Court to allow him to travel from his home in the Northern District of California to his wife's parents home located in the Eastern District of California on November 26, 2014 and return to his home in the Northern District of California on November 29, 2014.

Respectfully submitted:

/s/ Ronald W. Johnson
_____
RONALD W. JOHNSON
ron@rwj-law.com
Ronald W. Johnson, P.A.
114 E. Gregory Street
Pensacola, FL  32502
Telephone:  850-438-1400
Facsimile:  850-434-2600
Attorney for Defendant
Florida Bar No.:  166489
2nd email-bj@rwj-law.com

* * * *

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to David Goldberg, Assistant United States Attorney, Kenneth Gibson kenneth_gibson@canpt.uscourts.gov on November 19, 2014.

/s/ Ronald W. Johnson
_____
RONALD W. JOHNSON